1  Ruben A. Castellón (SBN 154610)
2  Anna L. Le May (SBN 258312)
   CASTELLÓN & FUNDERBURK LLP
3  3201 Danville Blvd., Suite 267
   Alamo, California 94507
4  Telephone: (925) 837-1199
5  Fax: (925) 837-1144
   rcastellon@candffirm.com
6  alemay@candffirm.com

7
   Attorneys for Defendant McWane, Inc.
8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11
   GLOBAL COMMUNITY MONITOR,          Case No. ~~4~~:13-CV-02014-~~DMR~~ 3 SC
12 a non-profit corporation
                                      **Assigned to: Hon. Samuel Conti**
13
                Plaintiff,
14 vs.                                **STIPULATION TO CONTINUE
                                      CASE MANAGEMENT
15                                    CONFERENCE AND ASSOCIATED
   MCWANE INC., a corporation.        DEADLINES; [~~PROPOSED~~]
16                                    ORDER**
                Defendant
17

18 _____

19

20

21

22

23

24

25

26

_____
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
ASSOCIATED DEADLINES; [PROPOSED] ORDER

Plaintiff Global Community Monitor ("GCM") and Defendant McWane Inc. ("McWane") in the above-captioned action respectfully submit this stipulation as follows:

WHEREAS, GCM and McWane Inc. (collectively, the "Parties") have been working together in good faith to reach a settlement in this action;

WHEREAS, the Parties have already exchanged and are currently working on the terms of what they anticipate will be a final settlement agreement for approval by the Court;

WHEREAS, the Court set the Initial Case Management Conference in this matter for Friday, November 22, 2013 at 10:00 am before the Honorable Samuel Conti upon reassignment.

WHEREAS, the Joint Case Management Conference Statement and Rule 26(f) Report shall be submitted seven days prior to the Case Management Conference;

WHEREAS, the Parties shall make initial disclosures or state objections in their Rule 26(f) Report one week before the Case Management Conference.

WHEREAS, the Parties have been working together in good faith to reach a settlement in this action;

WHEREAS, the Parties desire to continue negotiating a settlement in good faith and anticipate reaching a final settlement in this action;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

1. The Case Management Conference shall be continued to Friday, January 17, 2014 at 10:00 am or as soon thereafter as the Court is available.
2. The Joint Case Management Conference Statement and Rule 26(f) Report shall be due one week before the Case Management Conference.

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; [PROPOSED] ORDER

3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report one week before the Case Management Conference.

Respectfully submitted,

Dated: November 14, 2013

By: /s/ Ruben A. Castellón

Ruben A. Castellón
Attorney for Defendant
MCWANE, INC.

By: /s/ Douglas J. Chermak

Douglas J. Chermak
Attorney for Plaintiff
GLOBAL COMMUNITY MONITOR

[PROPOSED] ORDER

1. The Case Management Conference shall be continued to 01/24/2014, at 10:00 am.
2. The Parties' Rule 26(f) Report and Joint Case Management Statement shall be filed no later than 01/17/2014.
3. The Parties shall make initial disclosures or state objections in their Rule 26(f) Report no later than 01/17/2014.

**IT IS SO ORDERED.**

Date: 11/14/2013    _____
                    U.S DISTRICT COURT JUDGE

_____
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND
ASSOCIATED DEADLINES; [PROPOSED] ORDER